**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MICHAEL TODD BROWN**                                                              **PLAINTIFF**

**v.**                                **CASE NO. 3:20-CV-00035 BSM**

**BRENT COX, Jail Administrator,**
**Greene County Detention Center,** *et al.*                             **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 1st day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE